# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 15-00240-01-CR-W-GAF |
| | ) |
| TERREALL MCDANIEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant Terreall McDaniel's Motion to Suppress Evidence (doc. 33). Defendant seeks to suppress all evidence and testimony obtained as a result of a search of defendant's vehicles on December 31, 2014, and June 24, 2015, on the ground that the searches were conducted without warrants.

On December 12, 2016, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on defendant's motion. On January 10, 2017, Judge Larsen issued his Report and Recommendation (doc. 41). Defendant filed his Objections to the Report and Recommendation (doc. 44) on February 7, 2017.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen. Accordingly, it is hereby

ORDERED that defendant Terreall McDaniel's Motion to Suppress Evidence (doc. 33) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 8, 2017

2

Case 4:15-cr-00240-GAF   Document 45   Filed 02/08/17   Page 2 of 2